96-02898-0              CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below: (FILED DROP BOX)

| | |
|---|---|
| JOSE R. CARRION<br>P.O. BOX 71427<br>SAN JUAN PR   00936 | CELESTINO MATTA<br>CHARDON AVENUE<br>FEDERAL BUILDING<br>HATO REY PR   00917 |
| *ROBERTO FIGUEROA CARRASQUILL*<br>PO BOX 193677<br>SAN JUAN PR   00919 | DEPARTMENT OF TREASURY<br>BANKRUPTCY SECTION (424 B)<br>P.O. BOX 9024140<br>SAN JUAN, PUERTO RICO   00902 |
| INTERNAL REVENUE SERVICE<br>MERCANTIL PLAZA<br>PDA 27 1/2 P DE LEON OFIC 914<br>SAN JUAN PR   00918 | DEPARTMENT OF LABOR<br>BUREAU OF EMPLOYMENT<br>505 MUNOZ RIVERA<br>SAN JUAN PR   00918 |
| WESTERN AUTO<br>CENTRAL CREDIT OFFICE<br>P.O. BOX 51984<br>TOA BAJA PR   00950 | AVCO SAN LORENZO<br>PO BOX 567<br>SAN LORENZO PR   00754 |
| ISLAND FINANCE CORP<br>OF CAGUAS III<br>PO BOX 610<br>CAGUAS PR   00726 | JUNTA DE RETIRO PARA MAESTROS<br>PO BOX 191879<br>SAN JUAN PR   00919 |
| COMMOLOCO, INC.<br>PO BOX 363769<br>SAN JUAN, PUERTO RICO   00936 | COOP A/C ASOC MAESTROS EDUCOOP<br>CANCIO, NADAL, RIVERA & DIAZ<br>PO BOX 364966<br>SAN JUAN PUERTO RICO   00936 |
| COOP A/C ASOC DE MAESTROS PR<br>CANCIO, NADAL & RIVERA<br>P O BOX 364966<br>SAN JUAN PR   00936 | POPULAR FINANCE, INC.<br>PO BOX 336090<br>PONCE PR   00733 |
| JUNTA RETIRO MAESTROS<br>PO BOX 191879<br>SAN JUAN PR   00918 | DEPARTMENT OF TREASURY<br>UNSECURED CLAIMS<br>P.O. BOX 9024140<br>SAN JUAN, PUERTO RICO   00902 |
| DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>P.O. BOX 9024140<br>SAN JUAN, PUERTO RICO   00902 | |

ROMAN DEL VALLE ROMAN and MIRIAM MACHIN MEDINA

PO BOX 804
SAN LORENZO PR   00754

DATED: October 13, 1999             MARIBEL ABREU
                                            OFFICE OF THE CHAPTER 13 TRUSTEE

PAGE 1 OF 1 — CASE NO. 96-02898-0

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

DEL VALLE ROMAN, ROMAN
MACHIN MEDINA, MIRIAM

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
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
   Debtor(s)

CASE NO. 96-02898 GAC

Chapter 13

FILED & ENTERED
OCT 6 - 1999
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

The Court finds that the debtor filed a petition under Title 11, United States Code, on 04/22/96, that the debtor's plan has been confirmed, and that the debtor has fulfilled all requirements under the plan.

IT IS ORDERED THAT:

1. Pursuant to 11 U.S.C., Section 1328(a), the debtor is discharged from all debts provided for by the plan or disallowed under 11 U.S.C. Section 502, except any debt:

   a. provided for under 11 U.S.C. Section 1322(b)(5) and on which the last payment is due after the date on which the final payment under the plan was due;
   b. in the nature of alimony to, maintenance for, or support of a spouse, former spouse, or child of the debtor in connection with a separation agreement, divorce decree or other order of a court of record, or property settlement agreement, as specified in 11 U.S.C. Section 523(a)(5);
   c. in any case filed on or after November 5, 1990, for a student loan or educational benefit overpayment as specified in 11 U.S.C. Section 523(a)(8) and in which discharge is granted prior to October 1, 1996;
   d. for a death or personal injury caused by the debtor's unlawful operation of a motor vehicle while intoxicated from using alcohol, a drug, or another substance, as specified in 11 U.S.C. Section 523(a)(9), in a case filed on or after November 15, 1990; or
   e. for restitution included in a sentence on the debtor's conviction of a crime, in a case filed on or after November 15, 1990.

2. Pursuant to 11 U.S.C., Section 1328(d), the debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. Section 1305 (a)(2) if prior approval by the trustee of the debtor's incurring such debt was practicable and was not obtained.

3. Notwithstanding the provisions of title 11, United States Code, the debtor is not discharged from any debt made non-dischargeable by 18 U.S.C. Section 3613(f), by certain provisions of titles 10, 37, 38, 42, and 50 of the United States Code, or by any other applicable provisions of law.

4. All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

San Juan, Puerto Rico, this 5 day of October, 1999.

Gerardo A. Carlo
United States Bankruptcy Judg

OCT 13 1999

The Chapter 13 Trustee shall give notice to all parties in interest. See General Order 94-8.

By: JANET MALDONADO
    Deputy Clerk

COPY SENT TO
TRUSTEE

ON OCT 6 1999